IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02249-LTB

SHAWN MANDEL WINKLER,

    Plaintiff,

v.

MARY J. MULLARKY,
GREGORY J. HOBB JR.,
ALEX J. MARTINEZ,
MICHAEL L. BENDER,
NATHAN B. COATS,
ALLISON HARTWELL EID,
ROBERT DEAN HAWTHORN,
SEAN CONNELLY,
PARTICIPANT IDENTIFIED AS "MILLER,"
PAUL A. MARKSON JR.,
LYNNE M. HUFNAGEL,
MICHAEL A. MARTINEZ,
SHELLY I. GILMAN,
JOHN W. SUTHERS, and
ARISTEDES W. ZAVARAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On February 16, 2011, Plaintiff filed a "Motion Pursuant to Rule 12(b)(4) and Rule 56 Requesting Fed. R. Civ. P. 60, Relief from Judgment Filed Amicus Curie" (Doc. # 21).  Plaintiff again requests that the Court reconsider the dismissal Order and Judgment entered in this action on January 21, 2011.  For the same reasons stated in the Court's order entered on February 3, 2011, the motion for reconsideration of the Order of Dismissal is DENIED.

    Dated:  February 18, 2011